# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of the Complaint Against Kevin Smoot | M.J./Court No. 20-mj-3083-KAR<br><br>UNDER SEAL |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the complaint, application, supporting affidavit, this motion, any ruling on this motion, and all related orders and paperwork until further order of this Court, except that the United States may later produce copies of the complaint and related documents to the defense during discovery in any criminal case. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case. The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States Attorney has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Alex J. Grant*
ALEX J. GRANT
Assistant U.S. Attorney

Dated: 6/23/2020

6/23/2020 - ALLOWED. /s/ Katherine A. Roberts, U.S.M.J.
Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on June 23, 2020.